# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dan L. Boger,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>General Automobile Insurance Services Incorporated, et al.,<br><br>　　　　　Defendants. | No. CV-19-05094-PHX-GMS<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation of Dismissal with Prejudice (Doc. 32) filed by Plaintiff Dan L. Boger and Defendant Spanish Quotes, Inc. and good cause appearing,

**IT IS HEREBY ORDERED** granting the Stipulation of Dismissal. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims against all defendants are dismissed with prejudice.

Dated this 16th day of March, 2020.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge